Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
    *Special Assistant Attorney General*
Kelly H. Dove, OSB No. 082165
kdove@swlaw.com
Alexix G. Terríquez (*pro hac vice*)
aterriquez@swlaw.com
SNELL & WILMER L.L.P.
One Centerpointe Drive, Suite 170
Lake Oswego, OR  97035
Telephone: (503) 624-6800
Facsimile:  (503) 624-6888

    Attorneys for the State Defendants

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| GREAT NORTHERN RESOURCES, INC., DYNAMIC SERVICE FIRE AND SECURITY, LLC, and WALTER VAN LEJA, on behalf of themselves and others similarly situated<br><br>    Plaintiff,<br><br>vs.<br><br>KATY COBA, in her Official Capacity as State Chief Operating Officer and Director of the Oregon Department of Administrative Services; OREGON DEPARTMENT OF ADMINISTRATIVE SERVICES; THE CONTINGENT; BLACK UNITED FUND OF OREON; DOES 1-10,<br><br>    Defendants. | Case No. 3:20-cv-01866-IM (L)<br><br>**JOINT UNOPPOSED MOTION OF ALL DEFENDANTS FOR DISBURSEMENT OF FUNDS IN THE AMOUNT OF $5,300,000.00 FROM THE COURT REGISTRY PURSUANT TO SETTLEMENT WITH PLAINTIFFS DYNAMIC SERVICE FIRE AND SECURITY, LLC AND WALTER VAN LEJA** |

UNOPPOSED MOTION TO DISBURSE

## LR 7-1 CERTIFICATION

Undersigned counsel certify that this Motion is unopposed by all parties to Case No. 3:20-cv-01866-IM.

## UNOPPOSED MOTION AND MEMORANDUM

Defendants move to disburse from the Court Registry $5,300,000 of the $9,014,120 on deposit in this action. This Motion is made pursuant to the settlement agreement among all defendants, on one hand, and plaintiffs Walter Van Leja and Dynamic Service Fire and Security, LLC, on the other hand. It also is made under Fed. R. Civ. P. 67, LR 67-3, and 28 U.S.C. § 2042.

As the Court likely recalls, this case involves the Oregon Cares Fund for Black Relief and Resiliency (the "Fund"). The Oregon Emergency Board created the Fund using an allocation of moneys that Oregon received through the federal Coronavirus Aid, Relief and Economic Security (CARES) Act. The Fund comprised $62 million. It was granted to The Contingent, a non-profit organization, to distribute to individuals, businesses and non-profit organizations that demonstrated losses related to the COVID-19 pandemic and self-identified as Black individuals, Black-owned businesses or Black-focused organizations.

The Court Registry now holds $9,014,120 of Fund money in connection with this action, No. 3:20-cv-01866-IM (the "GNR Deposit"). The Contingent deposited $200,000 of Fund money on November 23, 2020, in connection with opposing plaintiff Great Northern Resources, Inc.'s motion for preliminary injunction. (Dkt. Nos. 17, 26, 29.) On December 29, 2020, The Contingent deposited an additional $8,814,120 of Fund money in connection with opposing the motion for temporary restraining order filed by plaintiffs Van Leja and Dynamic. (Dkt. Nos. 58, 59, 60, 64.) According to The Contingent, the December 29 deposit comprised the Fund balance that at the time had not been allocated to pending applicants. (*See* Dkt. No. 58.)

On March 11, 2021, the Parties fully executed a Settlement Agreement and Release of Claims with respect to the claims of Van Leja and Dynamic Services, attached hereto as <u>Exhibit 1</u> (the "Settlement"). Among other things in the Settlement, Van Leja and Dynamic Services agreed not to oppose Defendants' request to withdraw $5,300,000 from the GNR Deposit.

(Settlement at 2.) Plaintiff Great Northern separately agreed in writing not to oppose withdrawal of that amount so long as that when the Contingent disburses those amounts to Fund applicants, it does so in order of the date and time applications were submitted and starting with the application immediately after the last funded application. (*Id.*) The Contingent agreed to this condition, as evidenced by its signing Exhibit 1.

If the Court grants this motion, then $3,714,120 will remain in the GNR Deposit. That amount exceeds the estimated amount that will comprise the Settlement Fund of the class action settlement submitted to the Court for preliminary approval. (*See* Dkt. No. 85 at 6 [estimating Settlement Fund to be approximately $3,500,00].) That money is kept in reserve in the event the class action settlement does not achieve final approval. The moneys deposited in the Cocina Cultura action, No. 3:20-cv-2022-IM, will not be affected.

For the foregoing reasons, there is good cause to grant the unopposed motion to disburse funds and to enter the proposed order submitted herewith.

Dated: March 12, 2021    ELLEN ROSENBLUM
　　　　　　　　　　　　ATTORNEY GENERAL
　　　　　　　　　　　　FOR THE STATE OF OREGON

　　　　　　　　　　　　SNELL & WILMER L.L.P

　　　　　　　　　　　　By /s/ Clifford S. Davidson
　　　　　　　　　　　　　　Clifford S. Davidson, OSB No. 125378
　　　　　　　　　　　　　　csdavidson@swlaw.com
　　　　　　　　　　　　　　　*Special Assistant Attorney General*
　　　　　　　　　　　　　　Kelly H. Dove, OSB No. 082165
　　　　　　　　　　　　　　Alexix G. Terríquez (*pro hac vice*)
　　　　　　　　　　　　　　aterriquez@swlaw.com

　　　　　　　　　　　　　　Fay Stetz-Waters, OSB No. 071789
　　　　　　　　　　　　　　Fay.stetz-waters@doj.state.or.us
　　　　　　　　　　　　　　Sheila H. Potter, OSB No. 993485
　　　　　　　　　　　　　　Sheila.potter@doj.state.or.us

　　　　　　　　　　　　　　*Attorneys for Defendants State of Oregon,*
　　　　　　　　　　　　　　*Oregon Department of Administrative*

>*Services, and Katy Coba, in her Official Capacity as State Chief Operating Officer and Director of the Oregon Department of Administrative Services*

Dated: March 12, 2021

SCHWABE, WILLIAMSON & WYATT, P.C.

By /s/ Amanda T. Gamblin
    Amanda T. Gamblin, OSB No. 021361
    agamblin@schwabe.com
    Nika F. Aldrich, OSB No. 160306
    naldrich@schwabe.com

*Attorneys for Defendant The Contingent*

Dated: March 12, 2021

KEATING JONES HUGHES, P.C.

By /s/ Hillary A. Taylor
    Lindsey H. Hughes, OSB No. 833857
    lhughes@ketingjones.com
    Hillary A. Taylor, OSB No. 084909
    htaylor@keatingjones.com

*Attorneys for Defendant Black United Fund*

4852-7293-7184