# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

GREAT NORTHERN RESOURCES, INC.,
DYNAMIC SERVICE FIRE AND
SECURITY, LLC, and WALTER VAN
LEJA, on behalf of themselves and others
similarly situated

                Plaintiff,

   vs.

KATY COBA, in her Official Capacity as
State Chief Operating Officer and Director of
the Oregon Department of Administrative
Services; OREGON DEPARTMENT OF
ADMINISTRATIVE SERVICES; THE
CONTINGENT; BLACK UNITED FUND
OF OREON; DOES 1-10,

                Defendants.

Case No. 3:20-cv-01866-IM (L)

**ORDER TO WITHDRAW FUNDS
AND DISBURSE
(Interest-Bearing Account)**

     Funds were previously deposited with the Court pursuant to the Court's Orders of

November 20, 2020 (Dkt. No. 26) and December 18, 2020 (Dkt. No. 60), in the total amount of

$9,014,120. These funds were deposited into the interest-bearing Court Registry Investment

System ("CRIS") administered by the Administrative Office of the United States Courts pursuant

ORDER TO WITHDRAW FUNDS AND DISBURSE

to 28 U.S.C. § 2045.

Defendants have filed an unopposed motion to disburse $5,300,000 of the funds previously deposited with the Clerk of Court in connection with this action. That motion is GRANTED. The $5,300,000 of funds shall be withdrawn and disbursed as follows:

1. **CRIS Fee Assessment:** Pursuant to Standing Order No. 2016-11, a CRIS fee for the management of investments in the CRIS has been previously deducted from the interest earned on the funds deposited with the Court.

2. **Payments**: Funds net of the CRIS fee assessment shall be disbursed as follows:

   a. Payee shall be The Contingent DBA Portland Leadership Foundation.

   b. The amount to be withdrawn and disbursed from the principal balance is $5,300,000.

   c. The funds shall be electronically transferred to payee's bank account as listed on the completed AO 213P Request for Payee Information and TIN Certification submitted to the Court's financial department.

The Clerk of Court, through the Financial Administrator, has pre-approved the form of this Order pursuant to LR 67-3(b).

The Clerk of Court is absolved of any liability by compliance with this Order.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 – ORDER TO WITHDRAW FUNDS AND DISBURSE

It shall be counsel's responsibility to confirm that any action required of the Clerk of Court or her designee by this Order has been performed.

IT IS SO ORDERED.

DATED: _____

_____
Hon. Karin J. Immergut
Presiding Judge

---

For Court Use Only

---

**APPROVED AS TO FORM:**
Mary L. Moran, Clerk of Court

_____
By: Financial Administrator