Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
    *Special Assistant Attorney General*
Kelly H. Dove, OSB No. 082165
kdove@swlaw.com
Alexix G. Terríquez (*pro hac vice*)
aterriquez@swlaw.com
SNELL & WILMER L.L.P.
One Centerpointe Drive, Suite 170
Lake Oswego, OR  97035
Telephone: (503) 624-6800
Facsimile:  (503) 624-6888

    Attorneys for the State Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| GREAT NORTHERN RESOURCES, INC., DYNAMIC SERVICE FIRE AND SECURITY, LLC, and WALTER VAN LEJA, on behalf of themselves and others similarly situated<br><br>    Plaintiff,<br><br>  vs.<br><br>KATY COBA, in her Official Capacity as State Chief Operating Officer and Director of the Oregon Department of Administrative Services; OREGON DEPARTMENT OF ADMINISTRATIVE SERVICES; THE CONTINGENT; BLACK UNITED FUND OF OREON; DOES 1-10,<br><br>    Defendants. | Case No. 3:20-cv-01866-IM (L)<br><br>**NOTICE OF ERRATA RE JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [DKT. NO. 85]** |

NOTICE OF ERRATA RE DKT. NO. 85

TO THE HONORABLE COURT AND THE PARTIES:

PLEASE TAKE NOTICE that the signature page of the Joint Motion of Plaintiff Great Northern Resources, Inc., State Defendants, The Contingent and Black United Fund for Preliminary Approval of Class Action Settlement (Dkt. No. 85) incorrectly identified Keating Jones Hughes, P.C. as counsel to the State Defendants. They are, in fact, counsel to Black United Fund of Oregon, Inc. only.

Dated: March 16, 2021

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON

SNELL & WILMER L.L.P

By /s/ Clifford S. Davidson
　　Clifford S. Davidson, OSB No. 125378
　　csdavidson@swlaw.com
　　　*Special Assistant Attorney General*
　　Kelly H. Dove, OSB No. 082165
　　Alexix G. Terríquez (*pro hac vice*)
　　aterriquez@swlaw.com

　　Fay Stetz-Waters, OSB No. 071789
　　Fay.stetz-waters@doj.state.or.us
　　Sheila H. Potter, OSB No. 993485
　　Sheila.potter@doj.state.or.us

　　*Attorneys for Defendants State of Oregon, Oregon Department of Administrative Services, and Katy Coba, in her Official Capacity as State Chief Operating Officer and Director of the Oregon Department of Administrative Services*

4852-7293-7184

Page 1 – NOTICE OF ERRATA RE DKT. NO. 85

Snell & Wilmer
One Centerpointe Drive Ste 170
Lake Oswego, Oregon 97035
503.624.6800