BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK*
STEPHEN M. DUVERNAY*
400 Capitol Mall, Suite 2530
Sacramento, CA  95814
Telephone: (916) 447-4900
brad@benbrooklawgroup.com

MITCHELL LAW PLLC
JONATHAN F. MITCHELL*
111 Congress Avenue, Suite 400
Austin, TX  78701
Telephone: (512) 686-3940
jonathan@mitchell.law

MURPHY & BUCHAL LLP
JAMES L. BUCHAL
3425 SE Yamhill Street, Suite 100
Portland, OR  97214
Telephone: (503) 227-1011
jbuchal@mbllp.com

*Admitted *pro hac vice*

Counsel for Plaintiffs and the Proposed Class

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| GREAT NORTHERN RESOURCES, INC., DYNAMIC SERVICE FIRE AND SECURITY, LLC, and WALTER VAN LEJA, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KATY COBA, in her Official Capacity as State Chief Operating Officer and Director of the OREGON DEPARTMENT OF ADMINISTRATIVE SERVICES; OREGON DEPARTMENT OF ADMINISTRATIVE SERVICES; THE CONTINGENT; BLACK UNITED FUND OF OREGON and DOES 1-10,<br><br>Defendants. | Case No.:  3:20-cv-01866-IM (Lead Case)<br>Case No.:  3:20-cv-02022-IM (Trailing Case)<br><br>**PLAINTIFFS DYNAMIC SERVICE FIRE AND SECURITY, LLC AND WALTER VAN LEJA'S NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiffs Dynamic Service Fire and Security, LLC and Walter Van Leja hereby notify the Court that they dismiss their claims against all defendants with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the Settlement Agreement and Release of Claims approved by the Court. ECF 89-1 (Proposed Settlement Agreement); ECF 97 (Order Approving Settlement Agreement). This dismissal is made without costs, attorney fees or disbursements to any party other than as set forth in that Settlement Agreement and Release of Claims effective March 25, 2021.

Respectfully submitted,

/s/ Bradley Benbrook

| | |
|---|---|
| Jonathan F. Mitchell* | Bradley Benbrook* |
| Texas Bar No. 24075463 | California Bar No. 177786 |
| Mitchell Law PLLC | Stephen M. Duvernay* |
| 111 Congress Avenue, Suite 400 | California Bar No. 250957 |
| Austin, Texas 78701 | Benbrook Law Group, PC |
| (512) 686-3940 (phone) | 400 Capitol Mall, Suite 2530 |
| (512) 686-3941 (fax) | Sacramento, California 95814 |
| jonathan@mitchell.law | (916) 447-4900 (phone) |
| | (916) 447-4904 (fax) |
| James L. Buchal | brad@benbrooklawgroup.com |
| Oregon Bar No. 921618 | |
| Murphy & Buchal LLP | |
| 3425 SE Yamhill Street, Suite 100 | |
| Portland, Oregon 97214 | |
| (503) 227-1011 (phone) | |
| (503) 573-1939 (fax) | * admitted pro hac vice |
| jbuchal@mbllp.com | |
| | Counsel for Plaintiffs Dynamic Service Fire |
| Dated: April 7, 2021 | and Security, LLC and Walter Van Leja |