BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK*
STEPHEN M. DUVERNAY*
400 Capitol Mall, Suite 2530
Sacramento, CA  95814
Telephone: (916) 447-4900
brad@benbrooklawgroup.com

MITCHELL LAW PLLC
JONATHAN F. MITCHELL*
111 Congress Avenue, Suite 400
Austin, TX  78701
Telephone: (512) 686-3940
jonathan@mitchell.law

MURPHY & BUCHAL LLP
JAMES L. BUCHAL
3425 SE Yamhill Street, Suite 100
Portland, OR  97214
Telephone: (503) 227-1011
jbuchal@mbllp.com

*Admitted *pro hac vice*

Counsel for Plaintiffs and the Proposed Class

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| GREAT NORTHERN RESOURCES, INC., DYNAMIC SERVICE FIRE AND SECURITY, LLC, and WALTER VAN LEJA, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>KATY COBA, in her Official Capacity as State Chief Operating Officer and Director of the OREGON DEPARTMENT OF ADMINISTRATIVE SERVICES; OREGON DEPARTMENT OF ADMINISTRATIVE SERVICES; THE CONTINGENT; BLACK UNITED FUND OF OREGON and DOES 1-10,<br><br>    Defendants. | Case No.:  3:20-cv-01866-IM (Lead Case)<br>Case No.:  3:20-cv-02022-IM (Trailing Case)<br><br>**SUPPLEMENTAL JOINT DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL AND MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Hearing Date: June 21, 2021<br>Time: 2:00 p.m.<br>Judge: Hon. Karin J. Immergut<br>Courtroom: 13A |

We, Jonathan F. Mitchell, Bradley A. Benbrook, Stephen M. Duvernay, and James L. Buchal, jointly declare as follows:

1.      Jonathan F. Mitchell is an attorney at Mitchell Law PLLC.  Bradley A. Benbrook and Stephen M. Duvernay are attorneys at Benbrook Law Group, PC.  James L. Buchal is an attorney at Murphy & Buchal LLP.  They make this Declaration based on their personal knowledge, and if called as a witness, each of them could and would competently testify to the matters stated herein.  Counsel submit this joint declaration in support of Plaintiff Great Northern Resources, Inc.'s Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees and Reimbursement of Expenses.

A.      **Final Approval.**

2.      On May 12, 2021, Plaintiff filed a motion for final approval of the Settlement and an application for attorneys' fees, costs, and expenses and for the Service Award.  ECF Nos. 107–112.  *See* Preliminary Approval Order, ECF No. 94, at ¶ 7.

3.      On May 13, 2021, Class Counsel provided copies of those filings to the Settlement Administrator for posting on the Settlement Website.

4.      On June 3, 2021, the Settlement Administrator provided Class Counsel with copies of all completed opt-out notifications and a final list of all who had timely and validly excluded themselves from the Settlement Class.  *See* Preliminary Approval Order, ECF No. 94, at ¶ 6.  True and correct copies of the opt-out notifications and list provided by the Settlement Administrator are attached as Exhibit 1 and Exhibit 2 to this declaration.  In total, the Settlement Administrator received four timely and valid opt-out notifications from Class Members.

5.      No objections were electronically filed by the objection deadline, and Class Counsel has not received any objections by mail, which were required to be postmarked by May 28, 2021.  Preliminary Approval Order, ECF No. 94, at ¶ 6.

6.      As a result, Great Northern and Class Counsel do not have any objections to respond to and no reply is necessary in support of the final approval motion.

**B.     Class Counsel's Time.**

7.      Class Counsel submits the information below to detail work through the final approval hearing on June 21, 2021, that was not included in the calculations set forth in Plaintiff's Motion for Attorneys' Fees and Reimbursement of Expenses, ECF No. 110.

8.      Class Counsel maintain contemporaneous daily time records that set forth the specific services rendered by their firms.  Class Counsel have reviewed their billing records for the case and relied on them to create a task-specific compilation of billing entries for each timekeeper who performed work related to this case.  Class Counsel affirm that the information set forth in below accurately sets forth the time Class Counsel spent litigating this case.

9.      Class Counsel's previous Joint Declaration, ECF No. 108, set forth their time spent litigating this case through May 10, 2021.  Due to a clerical error, however, the calculations for Jonathan Mitchell only included his work through May 9.  As a result, Mr. Mitchell's time from May 10 (for 0.2 hours) was not included in the initial request and is included below.

| Post-May 10 Matters | JFM | BAB | SMD | JLB |
|---|---|---|---|---|
| Communications with class administrator re status, class response to notice, and analysis re same. | 0.0 | 0.7 | 1.0 | 0.0 |
| Analysis, drafting, editing, and finalizing motions for final approval and motion for attorneys' fees and service award. | 1.4 | 6.5 | 11.4 | 0.0 |
| Research, analysis, drafting, and editing proposed orders and declaration in support of motion for final approval and motion for attorneys' fees and service award; communications with co-counsel, opposing counsel, and client re same. | .8 | 8.2 | 8.1 | 1.1 |
| Prepare for and attend final approval hearing. [ANTICIPATED] | 2 | 2 | 0.0 | 0.2 |
| **Total** | **4.2** | **17.4** | **20.5** | **1.3** |

**5/10/21–6/21/21**

|  | Rate | Total | Request |
|---|---|---|---|
| Jonathan F. Mitchell | $537 | 4.2 | $2,255.40 |
| Bradley A. Benbrook | $490 | 17.4 | $8,526.00 |
| Stephen M. Duvernay | $390 | 20.5 | $7,995.00 |
| James L. Buchal | $450 | 1.3 | $585.00 |
| **Total** |  | **43.4** | **$19,361.40** |

10.    In addition to their fees, Class Counsel incurred $398.87 in additional recoverable expenses for Mr. Mitchell's and Mr. Benbrook's travel to Oregon for the final approval hearing.  A true and correct copy of invoices showing these expenses is attached as Exhibit 1 to this declaration.  In addition, Class Counsel anticipates incurring roughly $150 in Uber charges associated with trips to and from the airports.

11.    Combining the amounts above with the amounts set out in Class Counsel's prior Joint Declaration (ECF No. 120), the total amount of fees requested is calculated as follows:

|  | Rate | Total | Request |
|---|---|---|---|
| Jonathan F. Mitchell | $537 | 52.8 | $28,353.60 |
| Bradley A. Benbrook | $490 | 206.3 | $101,087.00 |
| Stephen M. Duvernay | $390 | 164.7 | $64,233.00 |
| James L. Buchal | $450 | 9.2 | $4,140.00 |
| **Total** |  | **433** | **$197,813.60** |

And the total amount of expenses sought for reimbursement is $1,950.87.

12.    In the event the Court does not hold a hearing in light of the absence of objections by class members, the total amount of fees requested would be reduced by $2,054, resulting in a revised total of $195,759.60  in requested fees; and the requested expense reimbursement would be reduced by$548.87, resulting in a total amount of $1,402 in requested expense reimbursement.

We declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed June 11, 2021.

s/ Jonathan F. Mitchell

_____

Jonathan F. Mitchell

s/ Stephen M. Duvernay

_____

Stephen M. Duvernay

s/ Bradley A. Benbrook

_____

Bradley A. Benbrook

s/ James A. Buchal

_____

James A. Buchal

# EXHIBIT 1

**From:** **Alaska Airlines** service@ifly.alaskaair.com
**Subject:** Your confirmation receipt: RYMNBQ for your flight on 6/21/21.
**Date:** June 4, 2021 at 3:57 PM
**To:** jfmitchell@mac.com



 

Face coverings are required to fly. Some states have additional requirements for travel that may impact your plans. Please visit our website before your trip for up-to-date information.



# Jonathan,
# you're all set.

We can't wait to see you on board. Before you fly, view full reservation details or make changes to your flight online.

MANAGE TRIP

Confirmation code:

## RYMNBQ

Exhibit 1
Page 1 of 18

**Alaska**
Flight 164
Boeing 737-900
(Winglets)

**Traveler(s)**
Jonathan Mitchell
Seat: , Class: X (Coach)

| | | |
|---|---|---|
| **Mon, Jun 21**<br>**10:10 AM**<br>**SEA**<br>Seattle | ✈ | **Mon, Jun 21**<br>**11:10 AM**<br>**PDX**<br>Portland, OR |

**Alaska**
Flight 2334
Embraer 175

**Traveler(s)**
Jonathan Mitchell
Seat: , Class: X (Coach)

Flight Operated by Horizon Air as AlaskaHorizon. Check in with Alaska Airlines.

| | |
|---|---|
| **Mon, Jun 21**<br>**08:45 PM** | **Mon, Jun 21**<br>**09:41 PM** |

Exhibit 1
Page 2 of 18



# PDX

Portland, OR

# SEA

Seattle

**Summary of airfare charges**

Jonathan Mitchell
*Mileage Plan # *****9900*
Ticket 0272185081804

| | |
|---|---|
| Base fare and surcharges | $119.06 |
| Taxes and other fees | $37.73 |
| Per-person total | $156.79 |

**Total charges for air travel**                                    **$156.79**

View all taxes, fees and charges.

Nonrefundable fare of $156.79 was charged to the Visa card with number ************2519 held by
Jonathan F Mitchell on Jun 4, 2021.

**Saver fare restrictions**

This is a Saver fare reservation. It is not eligible for refund or credit beyond
the first 24 hours after booking. Saver tickets purchased within 24 hours of
scheduled departure are not eligible for refunds or cancellations.

In most cases Saver seats are assigned at the gate on a space-available
basis, and parties of two or more might not be seated together.

Trip insurance by Allianz Global Assistance

Exhibit 1
Page 3 of 18

**Trip Insurance by Allianz Global Assistance**

Purchase travel insurance benefits and travel assistance services for your trip from Allianz Global Assistance. Learn more.



# Next time book with miles.

Apply today and get a 40,000 bonus mile offer, 3x miles on eligible Alaska Airlines purchases and Alaska's Famous Companion Fare™ offer.‡

APPLY NOW



# Get set to jet set!

Our commitment to Next-Level Care means we've

Exhibit 1
Page 4 of 18

implemented 100+ ways to maintain the highest standard of
safety throughout your travels. Let us help you feel great
about flying through your journey.

LEARN MORE





# Before you fly

**Baggage**

Carry-on baggage: On Alaska Airlines flights, each traveler is limited to one
carry-on bag plus one personal item. See our carry-on baggage page for
the latest policies and size information.

Checked baggage: Alaska Airlines rules and fees apply for this itinerary.

Exhibit 1
Page 5 of 18

See the checked baggage page for details and exceptions.

Alaska Airlines baggage service guarantee: Get your bag in 20 minutes or less, guaranteed.

The federal government has specific restrictions about hazardous materials in carry-on and checked baggage. Failure to declare hazardous materials may result in civil and criminal penalties. For more information, visit the FAA website.

### Flight notifications

Don't miss important travel information. Get alerts about departures, arrivals, gate changes, cancellations and more.

### Sign up for email deals

Our email deals feature exclusive fare sales, discount code and web specials tailored to your preferences, as well as Alaska Airlines Mileage Plan™ offers and news. Sign up.

### Check-in

When traveling on Alaska Airlines, save time by checking in online 1–24 hours prior to departure. You can also check in at one of our airport kiosks, at the ticket counter or with our mobile app.

For more information about minimum check-in times, required identification, international travel and traveling with minors, please visit our website.

# What to expect on board

### Inflight service

We've equipped almost all of our fleet with inflight Wi-Fi so you can surf the web or stay productive in flight. For more information, please see our

Exhibit 1
Page 6 of 18

onboard guide.

Visit our website for the most up-to-date information on inflight food and beverage services and what to expect.

## Service requests

Alaska Airlines provides a meet-and-assist service for travelers who need assistance through the airport. Request this service online or over the phone.

Additional services can be requested online or over the phone. More info.

**View full details about your flight reservation and fare.**
Alaska Airlines reservations: 1-800-ALASKAAIR (1-800-252-7522)

Do you have a redress number? If so, and you did not provide it when you made your reservation, please visit www.alaskaair.com or call reservations. To learn more about redress numbers go to dhs.gov/trip.

Book  |  My account  |  Preferences  |  Contact us  |  oneworld®

  

Please review important information about your consumer rights and our limitations of liability. You may also wish to review the contract of carriage applicable to your trip.

‡ Residents of the US and its territories only. See full disclosure for details.

Reference number TL04358685. Requested at 6/4/21 22:57 PM.

This email was sent to jfmitchell@mac.com.

Alaska Airlines, PO Box 68900, Seattle, WA 98168-0900.
© 2021 Alaska Airlines. All rights reserved.

View our privacy notice or contact us.



Exhibit 1
Page 7 of 18



Exhibit 1
Page 8 of 18

**From:** Alaska Airlines <alaska.it@alaskaair.com>
**Sent:** Thursday, June 10, 2021 3:30 PM
**To:** Ashley Faulkner <Ashley@benbrooklawgroup.com>
**Subject:** Receipt sent from alaskaair.com

Your receipt is below.



## Traveler Information

| Traveler | Seats ** | Services Requested | Traveler Documentation |
|---|---|---|---|
| Name:<br>Bradley Benbrook<br>MP#:<br>E-Ticket:<br>0272183553330 | 18D | | Enter required documentation |
| Name:<br>Stephen Duvernay<br>MP#:<br>E-Ticket:<br>0272183553331 | 18C | | Enter required documentation |

** Seat assignments are subject to change.

## Flights

Flight confirmation code: **ITNTYU**

Exhibit 1 **Page 1 of 4**
Page 9 of 18

| Flights | | |
|---|---|---|
| **Flight** | **Departs** | **Arrives** |
| Flight 1 of 1 Alaska 3313<br>Main (N) \|<br>Nonstop \|<br>Details<br>Alaska 3313 Distance: 478 mi \|<br>Duration: 1h ours 30minutes<br><br>## Details for flights<br><br>*Alaska*<br>Alaska Airlines 3313<br>Depart<br>**Sacramento (SMF)**<br>**8:25am**<br>Mon, Jun 21<br>Arrive<br>**Portland, OR (PDX)**<br>**9:55am**<br>Mon, Jun 21<br>Operated by SkyWest Airlines as<br>AlaskaSkyWest<br>Duration: 1hours 30minutes<br>Aircraft<br>% on-time<br>% late 30+ min<br>% cancelled<br>Meal<br>Embraer ERJ 175<br>n/a<br>n/a<br>n/a<br>None<br>Performance data is based on previous<br>month. | Sacramento (SMF)<br>Mon, Jun 21<br>8:25 am | Portland, OR (PDX)<br>Mon, Jun 21<br>9:55 am |
| Operated by SkyWest Airlines as AlaskaSkyWest | | |
| Check in with Alaska Airlines | | |

# Distance

Distance noted reflects trip length, and may not accurately reflect frequent flyer miles earned. Please refer to your frequent flyer program terms and conditions to determine miles earned.

**PRICE SUMMARY**
**Flight Total for 2 passengers: $276.80**
The VISA ending with *******2976 has been charged a total of USD $276.80.

Exhibit 1

| Total per passenger | |
|---|---|
| | **$138.40** |
| Fare | |
| | $115.35 |
| Base fare | $115.35 |
| Taxes and fees | |
| | $23.05 |
| nited States Flight Segment Tax Domestic | $4.30 |
| S psgr. facility charge | $4.50 |
| S Sept. 11 security fee | $5.60 |
| S transportation tax | $8.65 |

Each ticket will be a separate charge on your credit card statement.

For additional assistance with your reservation, call us at 1-800-252-7522 for assistance.

## RULES & RESTRICTIONS
**Flight**

- This ticket is **nonrefundable**.
- If you are unable to travel, you must notify us before the flight departs. If you do not, we will cancel your trip and your fare will not be available for future use.
- **Promotional discounts:** Discounts are not applicable to already purchased reservations.
- View all fare rules

**Change and cancellation**

- **For tickets purchased 24 hours or more prior to your scheduled departure time**, you may **also** cancel and refund it to the original form of payment **within 24 hours of the original purchase**.
- Additional fares and taxes may apply.
- Any changes and cancellations must be made prior to the scheduled departure time.

**Baggage**

- **Carry-on baggage:** Each passenger is limited to one carry-on bag that measures up to 22"x14"x9" plus one personal item. See our Carry-on baggage page for more information.
- **Checked baggage:** Your first checked bag fee is $30 and the second checked bag fee is $40. All standard rules and fees apply. Mileage Plan™ elite members, Alaska Airlines credit card holders and others may qualify for exceptions. Please refer to our Checked baggage page for more details, seasonal limitations, and restrictions.
- **Hazardous materials:** The U.S. federal government restricts hazardous materials in carry-on and checked baggage. Read more about hazardous materials -

- Aerosols
- Canned fuel
- Lithium batteries

- Loose ammo
- Small engines
- Matches
- Cigarette lighters
- Oxygen
- Flares & fireworks

Exhibit 1 **Page 4 of 4**
Page 12 of 18

**From:** Southwest Airlines <southwestairlines@ifly.southwest.com>
**Reply-To:** Southwest Airlines <no-reply@ifly.southwest.com>
**Date:** Thursday, June 10, 2021 at 3:18 PM
**To:** Brad Benbrook <brad@benbrooklawgroup.com>
**Subject:** Bradley Benbrook's 06/21 Sacramento trip (38373T): Your reservation is confirmed.

Here's your itinerary and other important travel information.

View our mobile site | View in browser

Exhibit I  Page 1 of 6

Page 13 of 18



**Manage Flight | Flight Status | My Account**

### Travel notice

Federal law requires each person to wear a mask at all times in the airport and throughout the flight, including during boarding and deplaning. Passengers who may be exempt from wearing a face covering due to a disability must contact us before travel. Learn more.

### Hello friends,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

Exhibit 1    Page 2 of 6
Page 14 of 18

JUNE 21

# PDX ⬜ SMF

Portland, OR to Sacramento

Confirmation # **38373T**

Confirmation date: 05/20/2021

| | |
|---|---|
| **PASSENGER** | **Bradley Benbrook** |
| RAPID REWARDS # | 71681315 |
| TICKET # | 5262388988460 |
| EXPIRATION[1] | May 20, 2022 |
| EST. POINTS EARNED | 500 |
| **PASSENGER** | **Stephen Duvernay** |
| RAPID REWARDS # | Join or Log in |
| TICKET # | 5262388988459 |
| EXPIRATION[1] | May 20, 2022 |
| EST. POINTS EARNED | 500 |

Rapid Rewards® points are only estimations.

## Your itinerary

| **Flight:** Monday, 06/21/2021    Est. Travel Time: **1h 30m**    Wanna Get Away® |
|---|

| FLIGHT # 1350 | DEPARTS | ARRIVES |
|---|---|---|
| | **PDX 06:55**PM | **SMF 08:25**PM |
| | Portland, OR | Sacramento |

## Payment information

| Total cost | | |
|---|---|---|
| **Air - 38373T** | | |
| Base Fare | $ | 166.66 |
| U.S. Transportation Tax | $ | 12.50 |
| U.S. 9/11 Security Fee | $ | 11.20 |
| U.S. Flight Segment Tax | $ | 8.60 |
| U.S. Passenger Facility Chg | $ | 9.00 |
| **Total** | $ | 207.96 |

| Payment |
|---|
| Visa ending in 2976 Date: May 20, 2021 |
| **Payment Amount: $103.98** |
| Visa ending in 2976 Date: May 20, 2021 |
| **Payment Amount: $103.98** |

Exhibit 1    Page 3 of 6
Page 15 of 18

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket numbers: 5262388988460, 5262388988459

# Prepare for takeoff



**24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

**30 minutes** before your departure:

Arrive at the gate prepared to board.

**10 minutes** before your departure:

This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

**See more travel tips**

Exhibit 1 Page 4 of 6

Page 16 of 18



**Earn up to 10,000 Rapid Rewards® points per night**

Choose a hotel in Sacramento.

**Have questions about your upcoming trip?**

Get all the answers before you leave for the airport.

Exhibit 1    Page 5 of 6

Page 17 of 18

**Book hotel >**

**Prepare now >**

5262388988460: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN PDX WN SAC83.33USD83.33END ZP
PDX4.30 XF PDX4.5
5262388988459: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN PDX WN SAC83.33USD83.33END ZP
PDX4.30 XF PDX4.5

ZLNVV2H ZLNVV2H

**No Show Policy:** you must notify Southwest® at least ten (10) minutes prior to your flight's scheduled departure if you do not plan to
travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away® fare segment at least 10 minutes prior to travel
and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All
remaining unused Business Select® and Anytime funds will be converted to reusable travel funds. If you no show your reward travel
reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward
travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest prohibits multiple
reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting
or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without
advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its
sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled
reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the
amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

## Need help?

## Connect with us

**Contact us**

Customer service | FAQs

Get the mobile app

*Point Purchase Offer Terms and Conditions

Offer valid through December 31, 2020 11:59:59 p.m. CST. This discount for the purchase of points is only valid while a Member is
currently logged into **Southwest.com**® on this purchase page. Rapid Rewards® Member will save 20% when they purchase 2,000
points or save 25% when they purchase 5,000 points or save 30% when they purchase 15,000 points. A valid credit card is required to
buy points. Transactions are non-refundable and non-revers ble. Purchased points do not count towards A-List, A-List Preferred, or
Companion Pass qualification. Prices are in U.S. dollars and include all applicable taxes. Please allow up to 72 hours for points to post
to the applicable Rapid Rewards account. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms.
Southwest® reserves the right to amend, suspend, or change the Rapid Rewards program and/or Rapid Rewards program rules at any
time without notice. Rapid Rewards Members do not acquire property rights in accrued points. The number of Rapid Rewards points
needed for a particular Southwest flight is set by Southwest and will vary depending on destination, time, day of travel, demand, fare
type, point redemption rate, and other factors, and is subject to change at any time until the booking is confirmed.

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us.
Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y
únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2021 Southwest Airlines Co. All Rights Reserved.

Exhibit 1    Page 6 of 6
Page 18 of 18