UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| GREAT NORTHERN RESOURCES, INC., DYNAMIC SERVICE FIRE AND SECURITY, LLC, and WALTER VAN LEJA, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KATY COBA, in her Official Capacity as State Chief Operating Officer and Director of the OREGON DEPARTMENT OF ADMINISTRATIVE SERVICES; OREGON DEPARTMENT OF ADMINISTRATIVE SERVICES; THE CONTINGENT; BLACK UNITED FUND OF OREGON and DOES 1-10,<br><br>Defendants. | Case No.: 3:20-cv-01866-IM (Lead Case)<br>Case No.: 3:20-cv-02022-IM (Trailing Case)<br><br>**SUPPLEMENTAL DECLARATION OF VICTORIA URDANETA**<br><br>Hearing Date: June 21, 2021<br>Time: 2:00 p.m.<br>Judge: Hon. Karin J. Immergut<br>Courtroom: 13A |

I, Victoria Urdaneta, declare as follows:

1. I am the Assistant Director of Operations at Settlement Services, Inc. ("SSI"). The following statements are based on my personal knowledge and information provided by other SSI employees working under my supervision, and, if called on to do so, I could and would testify competently thereto.

2. SSI is serving in this matter as the Settlement Administrator in the Action for the purposes of administering the Class Action Settlement, preliminarily approved in the Court's Order dated March 19, 2021. I submit this Declaration in order to provide the Court and the Parties to this Action with information regarding SSI's work in accordance with the Court's Order.

3. **Requests for Exclusion.** The deadline for Class Members to request exclusion from the class was a postmark deadline of May 28, 2021. SSI received four timely and valid requests for exclusion, and their names are as follows:

   a. Nimalsiri Pallebage Kapuralalage
   b. Didina Fakashchuk
   c. Anna Fakashchuk
   d. Cocina Cultura LLC, dba Revolucion Coffee House

As noted in my previous declaration, SSI previously received twelve (12) invalid requests for exclusion, and followed up with those Class Members to let them know how to properly exclude themselves from the class. ECF No. 121, ¶ 9. Since that time, SSI received one untimely request for exclusion, which was postmarked on June 2, 2021, five days after the Court-ordered deadline.

4. **Objections.** The deadline for Class Members to object to the Settlement was a postmark deadline of May 28, 2021. As of the date of this declaration, SSI has received no objections, timely or otherwise.

5. **Compliance With Additional Deadlines from Preliminary Approval Order.** On May 12, 2021, Plaintiff filed a motion for final approval of the Settlement and an application for attorneys' fees, costs, and expenses and for the Service Award. ECF Nos. 107–112. On May 13, 2021, Class Counsel provided copies of those filings to the Settlement Administrator for posting on the Settlement Website, and SSI posted the materials the same day. *See* Preliminary Approval

Order, ECF No. 94, at ¶ 7.

6. On June 3, 2021, SSI provided the Settling Parties with copies of all completed opt-out notifications and a final list of all who had timely and validly excluded themselves from the Settlement Class. *See* Preliminary Approval Order, ECF No. 94, at ¶ 6. True and correct copies of the opt-out notifications and list provided by the Settlement Administrator are respectively attached as Exhibit 1 and Exhibit 2 to this declaration. In total, the Settlement Administrator received four timely and valid opt-out notifications from Class Members.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed June 10, 2021, in Tallahassee, Florida.

_____
VICTORIA URDANETA

# EXHIBIT 1

Nimalsiri Pallebage Kapuralalage
7297SE Lindsay Ln
Hillsboro OR97123



Received
APR 19 2021
SSI

GNR v. Coba Settlement Administrator,
Post Office Box 10269,
Tallahassee, FL 32302-2269

Case No. 3:20-cv-01866-IM (L) (D. Or.),

My New address is 7297SE Lindsay Ln Hillsboro OR 97123 and my old address was 12270SW Center St Apt38 Beaverton OR 97005.

I, Nimalsiri Pallebage Kapuralalage, want to exclude myself from the settlement of *Great Northern Resources, Inc., et al. v. Coba., et al.*, Case No. 3:20-cv-01866-IM (L) (D. Or.),

*[signature]*

Nimalsiri Pallebage Kapuralalage
(Signature)

Sincerely
Nimalsiri Pallebage Kapuralalage

Exhibit 1
Page 1 of 9

Nimalsiri
7297 SE Lindsay Ln
Hillsboro OR 97123

USPS FIRST-CLASS MAIL
U.S. POSTAGE $0.55
FCM LETTER
97124 0021
Date of sale 04/12/21
0.30 oz
0021

Received APR 19 2021 SSI

GNR V. Coba Settlement Administrator
Post office Box 10269
Tallahassee, FL 32302-2269

Exhibit 1
Page 2 of 9

GNR v. Coba
Settlement Administrator
PO Box 10269,
Tallahassee, Fl 32302-2269

Case # 3:20-CV-01866-IM (L) (D. or.)

I, Didina Fakashchuk exclude myself from this settlement.

I was not aware of this, this was done without my permission

*(signature)*

Didina Fakashchuk
15220 SE Stark St, Apt 7
Portland, OR 97233

Exhibit 1
Page 3 of 9

Received
MAY 28 2021
SSI

Cocina Cultura LLC
DBA Revolucion Coffee House
c/o Michelle A. Scott
Center for Individual Rights
1100 Connecticut Ave., NW
Suite 625
Washington, DC 20036


GNR v. Coba Settlement Administrator
Post Office Box 10269
Tallahassee, Florida 32302-2269

                        Via US Priority Mail

To Whom It May Concern:

On behalf of Cocina Cultura, LLC, DBA Revolucion Coffee House, I, Maria Garcia (its owner), wish to be excluded from the Settlement in *Great Northern Resources, Inc., et al. v. Coba., et al.*, Case No. 3:20-cv-01866-IM (L) (D. Or.).

Signed this 24 Day of May 2021

*[signature]*
Maria Garcia
Owner, Cocina Cultura LLC
DBA Revolucion Coffee House

Exhibit 1
Page 4 of 9

Cocina Cultura LLC
1432 SW 6th Avenue
Portland, OR 97201

CERTIFIED MAIL
7020 1290 0001 4750 1683



LN
5.28.21

Received
MAY 28 2021
SSI

GNR v. Coba Settlement Administrator
Post Office Box 10269
Tallahassee, Florida 32302-2269

Exhibit 1
Page 5 of 9

GNR v. Coba
Settlement Administrator
PO Box 10269,
Tallahassee, Fl 32302-2269

Received APR 27 2021 SSI

Case # 3:20-cv-01866-IM(L)(D.Or.)

I, Anna Fakashchuk exclude myself from this settlement.

I was not aware of this, this was done without my permission.

*Anna Fakashchuk*

15220 SE Stark St, Apt 7
Portland, OR 97233

Exhibit 1
Page 6 of 9

# EXHIBIT 2

| CM ID | fname | lname | OptOut Received | OptOut Received Date | Class Member |
|---|---|---|---|---|---|
| 0031 | Nimalsiri | Pallebage Kapuralalage | x | 041921 | X |
| 0639 | Didina | Fakashchuk | x | 042721 | X |
| 0641 | Anna | Fakashchuk | x | 042721 | X |
| 1229 | | Cocina cultura LLC DBA Revolucion Coffee house | x | 052821 | X |

Exhibit 2
Page 1 of 2

| CM ID | fname | lname | OptOut Received | OptOut Received Date | Class Member | Follow Up |
|---|---|---|---|---|---|---|
| 0071 | Sarifa | Phanchy | i | 040821 | X | Opt Out Cure Letter (via Email) |
| 0286 | Sandra | Fanucchi | l | 042121 | X | Opt Out Cure Letter (via Email) |
| 0495 | Odalys | Pineda | l | 040921 | X | Opt Out Cure Letter (via Email) |
| 0815 | Rosaleea | Garcia | i | 040821 | X | Opt Out Cure Letter (via Email) |
| 0923 | Carol | Rihsa | i | 040821 | X | Opt Out Cure Letter (via Email) |
| 0930 | Neil Yancy | Travilla | i | 040821 | X | Opt Out Cure Letter (via Email) |
| 0933 | Aamina | Ali Ahmed | i | 040821 | X | Opt Out Cure Letter (via Email) |
| 1099 | Javier | Saiz | i | 040821 | X | Opt Out Cure Letter (via Email) |
| 1150 | Celeste | Pulido Garcia | l | 041221 | X | Opt Out Cure Letter (via Email) |

Exhibit 2
Page 2 of 2