IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **GREAT NORTHERN RESOURCES, INC., DYNAMIC SERVICE FIRE AND SECURITY, LLC, and WALTER VAN LEJA, on behalf of themselves and others similarly situated**,<br><br>　　Plaintiffs,<br><br>　v.<br><br>**KATY COBA, in her Official Capacity as State Chief Operating Officer and Director of the OREGON DEPARTMENT OF ADMINISTRATIVE SERVICES; OREGON DEPARTMENT OF ADMINISTRATIVE SERVICES; THE CONTINGENT; BLACK UNITED FUND OF OREGON and DOES 1-10**,<br><br>　　Defendants. | Case No.:  3:20-cv-01866-IM (Lead Case)<br>Case No.:  3:20-cv-02022-IM (Trailing Case)<br><br><br><br>**JUDGMENT** |

　　For the reasons stated in the Court's Order, ECF 119, this Court gives final approval to the settlement of Plaintiff Great Northern Resources, Inc.'s claims against all Defendants as fair, reasonable, and adequate to the parties and the Class, including the amount of $197,813.60 in attorney's fees, $502 in costs, and $10,000 in the class representative service award to Plaintiff Great Northern Resources, Inc.

　　**THEREFORE, IT IS ADJUDGED** that:

This action is dismissed with prejudice as to Class Members of the certified Settlement Class, to which Rule 23(c)(2) notice was directed, defined as follows:

> All individuals, businesses, and nonprofits that submitted applications for funding to the Fund and/or The Contingent prior to December 9, 2020, and that have not indicated on their applications that they identify as Black, are a Black-owned business, or are a Black-focused organization.

The following individuals and entities are excluded from the Settlement Class: Nimalsiri Pallebage Kapuralalage, Didina Fakashchuk, Anna Fakashchuk, and Cocina Cultura LLC, dba Revolucion Coffee House.

DATED this 24th day of June, 2021.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge