# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| COCINA CULTURA LLC, an Oregon limited liability company, | Case No. 3:20-cv-01866-IM (L)<br>Case No. 3:20-cv-02022-IM (T) |
| Plaintiff, | |
| vs. | **STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |
| STATE OF OREGON; OREGON DEPARTMENT OF ADMINISTRATIVE SERVICES; KATY COBA, in her Official Capacity as State Chief Operating Officer and Director of the Oregon Department of Administrative Services; THE CONTINGENT, an Oregon nonprofit corporation; THE BLACK UNITED FUND OF OREGON, INC., an Oregon nonprofit corporation, | |
| Defendants. | |

Based on the parties' stipulation below, and the Court being fully advised:

IT IS HEREBY ORDERED AND ADJUDED that this action is dismissed with prejudice as to all claims and without an award of costs, expenses or fees to any party

Dated this ___ day of _____, 2021.

                                                                    Hon. Karin J. Immergut
                                                                    U.S. District Judge

IT IS SO STIPULATED.

| CENTER FOR INDIVIDUAL RIGHTS | OREGON DEPARTMENT OF JUSTICE<br>SNELL & WILMER, L.L.P. |
|---|---|
| */s/ Michelle Scott*<br>By: Michelle Scott | */s/ Clifford S. Davidson*<br>By: Clifford S. Davidson,<br>Special Assistant Attorney General |
| *Counsel for Plaintiff* | *Counsel for State Defendants* |

SCHWABE WILLIAMSON & WYATT PC

*/s/ Amanda Gamblin*
By: Amanda Gamblin

*Counsel for defendant The Contingent*

4837-5628-3903

Page 2 – STIPULATED JUDGMENT OF DISMISSAL