# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| COCINA CULTURA LLC, an Oregon limited liability company,<br><br>            Plaintiff,<br><br>vs.<br><br>STATE OF OREGON; OREGON DEPARTMENT OF ADMINISTRATIVE SERVICES; KATY COBA, in her Official Capacity as State Chief Operating Officer and Director of the Oregon Department of Administrative Services; THE CONTINGENT, an Oregon nonprofit corporation; THE BLACK UNITED FUND OF OREGON, INC., an Oregon nonprofit corporation,<br><br>            Defendants. | Case No. 3:20-cv-01866-IM (L)<br>Case No. 3:20-cv-02022-IM (T)<br><br>**STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

Based on the parties' stipulation below, and the Court being fully advised:

IT IS HEREBY ORDERED AND ADJUDED that this action is dismissed with prejudice as to all claims and without an award of costs, expenses or fees to any party

Dated this 18th day of January, 2022.

*Karin J. Immergut*
Hon. Karin J. Immergut
U.S. District Judge

IT IS SO STIPULATED.

| CENTER FOR INDIVIDUAL RIGHTS | OREGON DEPARTMENT OF JUSTICE SNELL & WILMER, L.L.P. |
|---|---|
| /s/ Michelle Scott  By: Michelle Scott | /s/ Clifford S. Davidson  By: Clifford S. Davidson, Special Assistant Attorney General |
| *Counsel for Plaintiff* | *Counsel for State Defendants* |

SCHWABE WILLIAMSON & WYATT PC

/s/ Amanda Gamblin
By: Amanda Gamblin

*Counsel for defendant The Contingent*

4837-5628-3903